IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-cv-00576-FL

| | |
|---|---|
| dPi Teleconnect, LLC, Image Access, Inc. d/b/a NewPhone, Affordable Phone Services, Inc., and BLC Management, LLC d/b/a Angles Communications Solutions,<br><br>Plaintiffs,<br><br>vs.<br><br><br>BellSouth Telecommunications, LLC d/b/a AT&T North Carolina and Chairman Edward S. Finley, Jr.; Commissioner William T. Culpepper, III; Commissioner Lorinzo L. Joyner; Commissioner Bryan E. Beatty; Commissioner Susan W. Rabon; Commissioner ToNola D. Brown-Bland; and Commissioner Lucy T. Allen in their official capacities as Commissioner of the North Carolina Utilities Commission,<br><br>Defendants | ORDER ALLOWING VOLUNTARY DISMISSAL BY PLAINTIFF IMAGE ACCESS, INC. D/B/A NEWPHONE |

This matter having come before the Court, upon motion of the Plaintiff Image Access, Inc. d/b/a New Phone ("NewPhone") for a voluntary dismissal of NewPhone's claims against the Defendants; and it appearing to the Court that there is no objection to the entry of this Order; it is hereby ORDERED that:

1. NewPhone's Motion for Voluntary Dismissal is granted; and

2. The claims of Plaintiff Image Access, Inc. d/b/a NewPhone are hereby dismissed with prejudice.

This the 26th day of April, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge