UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| dPi TELECONNECT, L.L.C.;<br>IMAGE ACCESS, INC, doing business<br>as New Phone; AFFORDABLE PHONE<br>SERVICES, INC.; and, BLC<br>MANAGEMENT, LLC, doing business<br>as Angles Communications Solutions,<br><br>Plaintiffs,<br><br>v.<br><br><br>BELLSOUTH TELECOMMUNICATIONS,<br>LLC, doing business as AT&T North<br>Carolina; CHAIRMAN EDWARD S.<br>FINLEY, JR.; COMMISSIONER WILLIAM<br> T. CUPEPPER, III; COMMISSIONER<br>LORINZO L. JOYNER; COMMISSIONER<br>BRYAN E. BEATTY; COMMISSIONER<br>SUSAN W. RABON; COMMISSIONER<br>TANOLA D. BROWN-BLAND; and,<br>COMMISSIONER LUCY T. ALLEN,<br>in their official capacities as Commissioners<br> of the North Carolina Utilities Commission,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JUDGMENT**<br><br>No. 5:11-CV-576-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant BellSouth Telecommunications, LLC d/b/a AT&T North Carolina's motion to dismiss for lack of prosecution the complaint of plaintiff BLC Management, LLC d/b/a Angles Communications Solutions.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 11, 2012, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted and the claims of plaintiff BLC Management, LLC d/b/a Angles Communications Solutions are dismissed with prejudice.  Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on December 11, 2012, and Copies To:**
David S. Wisz (via CM/ECF Notice of Electronic Filing)
Barbara A. Miller (via CM/ECF Notice of Electronic Filing)
Dennis G. Friedman (via CM/ECF Notice of Electronic Filing)
Dwight W. Allen (via CM/ECF Notice of Electronic Filing)
Margaret A. Force (via CM/ECF Notice of Electronic Filing)
BLC Management, LLC d/b/a Angles Communications Solutions (via U.S. Mail)
      c/o Tom Biddix, PO Box 1358, Melbourne, FL 32902


December 11, 2012             JULIE A. RICHARDS, CLERK
                              /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk